UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

CURTISS N. AYERS

NO. 20-12122 AMC
CHAPTER 13

ORDER APPROVING STIPULATION IN RESOLUTION OF
MOTION OF CAB EAST, LLC/FORD
MOTOR CREDIT COMPANY, LLC FOR RELIEF FROM STAY RE: A LEASED 2018
FORD F-150 VEHICLE [DOC. 27]

It is hereby ORDERED that the Stipulation of the parties with respect to the Motion of CAB East, LLC/Ford Motor Credit Company, LLC for Relief from Stay as to a leased motor vehicle, namely, a 2018 Ford F-150 Vehicle [Doc. 43], is approved.

BY THE COURT:

**Date: November 24, 2020**

_____
.J